## STATE OF CONNECTICUT *v.* JAMES MITCHELL

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 305 (AC 28998), is denied.

*Pamela S. Nagy,* special public defender, in support of the petition.

*Harry Weller,* senior assistant state's attorney, in opposition.

Decided November 5, 2008